UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THE CINCINNATI SPECIALTY
UNDERWRITERS INSURANCE
COMPANY,

    Plaintiff,

v.                                        Case No. 3:22cv23795-TKW-HTC

MIELE, INC., et al.,

    Defendants,

v.

ROBERTSHAW ITALY S.R.L., et al.,

    Third-Party Defendants.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 166). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that the claims against the Robertshaw Defendants should be dismissed because the Court does not have personal jurisdiction over them. Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Robertshaw Defendants' motion to dismiss (Doc. 61) is **GRANTED**, and all of the claims in the third-party complaint (Doc. 19) against Robertshaw Italy S.r.l and Robertshaw SRO are **DISMISSED without prejudice** for lack of personal jurisdiction.

3. The Clerk shall terminate Robertshaw Italy S.r.l and Robertshaw SRO as parties in CM/ECF.

**DONE and ORDERED** this 22nd day of April, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**